# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**ELLIOT MONTANA (#293682)**

**VERSUS**

**DARREL VANNOY, ET AL.**

**CIVIL ACTION**

**NO. 16-766-JWD-RLB**

## O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated September 12, 2017, to which no objection was filed:

**IT IS ORDERED** that the Court declines the exercise of supplemental jurisdiction in connection with any potential state law claims.

**IT IS FURTHER ORDERED** that any claims against defendants Major Benjamin Zeringue and Sgt. John Doe be dismissed without prejudice for failure to serve.

**IT IS FURTHER ORDERED** that the defendants' Motion (R. Doc. 16) be granted in part, and that the plaintiff's claims for monetary damages asserted against defendant Hayes in his official capacity be dismissed, and all claims against defendant Vannoy be dismissed.

**IT IS FURTHER ORDERED** that in all other regards, the defendants' Motion (R. Doc. 16) be denied.

Signed in Baton Rouge, Louisiana, on September 28, 2017.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**