# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ELLIOT MONTANA (#293682)

CIVIL ACTION

VERSUS

NO. 16-766-JWD-RLB

DARREL VANNOY, ET AL.

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated April 16, 2018, to which no objection was filed;

**IT IS ORDERED** that the defendant's Motion for Summary Judgment (R. Doc. 23) is denied, and that this matter is referred back to the Magistrate Judge for further proceedings.

Signed in Baton Rouge, Louisiana, on May 1, 2018.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA